No. 73–6385.   NASIRIDDIN, AKA GILL *v.* UNITED STATES.
C. A. D. C. Cir.   Certiorari denied.

No. 73–6419.   BLAKE *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.

No. 73–6434.   BALLARD ET AL. *v.* UNITED STATES.   C. A.
6th Cir.   Certiorari denied.

No. 73–6460.   CARWELL *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.

No. 73–6475.   HARRIS *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.

No. 73–6489.   GONZALES *v.* UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.

No. 73–6497.   BARBARISI *v.* UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 73–6499.   SEARS *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.

No. 73–6500.   BROWN *v.* WAINWRIGHT, CORRECTIONS
DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 73–6504.   BUNNER *v.* UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.

No. 73–6505.   KANDIS *v.* UNITED STATES.   C. A. 10th
Cir.   Certiorari denied.

No. 73–6506.   BRODY ET AL. *v.* UNITED STATES.   C. A.
8th Cir.   Certiorari denied.

No. 73–6537.   STEWART *v.* PENNSYLVANIA.   Sup. Ct.
Pa.   Certiorari denied.